PD-1195-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/15/2015 10:49:09 PM
Accepted 9/16/2015 1:40:34 PM
ABEL ACOSTA
CLERK

CAUSE NO. 03-13-00595-CR

| STATE OF TEXAS | § | IN THE COURT |
|---|---|---|
| | | |
| VS. | § | OF CRIMINAL APPEALS |
| | | |
| JOSEPH EDWARD MCKENZIE | § | OF TEXAS |

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes JOSEPH EDWARD MCKENZIE, appellant in the above-styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

I.

This case is on appeal from the 3rd Court of Appeals in Cause No. 03-13-00594-CR, Styled : JOSEPH EDWARD MCKENZIE V. STATE OF TEXAS.

II.

The original case below was styled the STATE OF TEXAS V. JOSEPH EDWARD MCKENZIE and numbered 2008R-073 in the 155th District Court.

FILED IN
COURT OF CRIMINAL APPEALS

September 16, 2015

ABEL ACOSTA, CLERK

## III.

Appellant had been placed on Deferred Adjudication Probation or the offense of possession of a controlled substance. On July 31, 2013, Appellant's was determined by the court, after hearing to be in violation of his Deferred Adjudication. He was adjudicated guilty and sentence was imposed at twenty years in the Institutional Division of the Texas Department of Criminal Justice on July 31, 2013 by the Honorable Jeff Steinhauser, Judge in the 155th District Court of Fayette County.

## IV.

Appeal was had to the Third Court of Appeals. On August 5, 2015, the Third Court of Appeals affirmed appellant's conviction in the above cause. The Petition for Discretionary Review was therefore due on September 5, 2015. This is appellant's first request to extend the time of filing of his Petition for Discretionary Review.

## V.

Appellant's counsel now requests an extension of time of 30 days from the date the PDR was due to October 5, 2015, for reasons that follow.

## VI.

Counsel has been unable to complete Appellant's PDR within the required time period. Appellant relies on the following facts as good cause for his requested extension of the time for filing:

## VII.

Counsel is a solo practitioner, under contract for all services criminal and juvenile services in Austin County(with two other attorneys). Further, counsel has been set in the following court matters in the courts indicated since the time the prior extension was granted:

8-11-15-ACD-MOORE,C-CAMACHO,BATES,CAMPBELL,WARD,HOES, MILES,TAYLOR,GLASER,THOMPSON,PATEK,TAN PT-NELSON,COOK

WCD-DANIELS

8-13-15-ACCL-HARRIS,BRYANT,S-JONES,R-JONES,DAVIS

8-25-15-ACD-PRESSWOOD,MADISON,GARZA,TESAR,WALLACE,

D-CAMACHO,HOES,MOORE

8-27-15-ACCL-HILL,JONES

8-31-15-ACD-PICKRON TRIAL (MURDER CASE)

9-8-15-ACD-TARVER,

9-10-15-ACCL-CAMPBELL,THORPE,OLVERA

9-11-15-WCD-HOUSTON-SENT-HRG

Further, counsel is set in the following proceeding from today's date to the requested extension date.

9-17-15-CUTBIRTH

9-21-15-ACCL-THOMAS

9-22-15-ACD-WARD,CASTRO,GALLEGOS,PENRICE,
    CAMPBELL,ANDRUS

9-24-15-ACCL-MCANDREWS-CUSTODY HRG

Moreover Counsel has a PDR due on September 28 in Cause No. : COA NO. 01-14-00431-CR, Styled :MARIANNE MAREK V. STATE.


WCD506    - WALLER COUNTY 506TH  DISTRICT COURT

ACD       - AUSTIN COUNTY 155TH DISTRICT COURT

ACCL      - AUSTIN COUNTY COURT AT LAW

WHEREFORE, PREMISES CONSIDERED, appellant respectfully requests an extension of 30 days from the due date to file his petition for discretionary review.

Respectfully submitted,

CALVIN GARVIE
POST OFFICE BOX 416
BELLVILLE, TEXAS 77418
(979) 865 - 5456

BY:/s/ Calvin Garvie
    CALVIN GARVIE
    STATE BAR NO.:07714300
    TEXATTYCG@AOL.COM
    ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this extension request was delivered or sent to the offices of the Austin County District Attorney, One East Main, Bellville, Texas 77418 and the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on September 15, 2015 by e-mail or fax.

BY:/s/ Calvin Garvie
    CALVIN GARVIE

STATE OF TEXAS §
§
COUNTY OF AUSTIN §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared CALVIN GARVIE, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge."

_____
CALVIN GARVIE

Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on September 13, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

LIZZIE R. WILLIAMS
Notary Public, State of Texas
My Commission Expires
June 25, 2018